CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

May 21, 2018

Mr. Matthew J. Kita
Attorney at Law
P.O. Box 5119
Dallas, Texas 75208

RE:     Court of Appeals Number:     05-18-00469-CV
        Trial Court Case Number:     CC1700152

Style:  Ronna Hodges, et al
        v.
        John Curtis Hodges, et al

Counsel:

The Court is in receipt of appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." Pursuant to Texas Rule of Appellate Procedure 20.1(a) and (c), appellant is allowed to proceed without payment of the appellate court filing fees. *See* TEX. R. APP. P. 20.1(a),(c). However, fees charged by the trial court clerk or court reporter for preparation of the appellate record are governed by Texas Rule of Civil Procedure 145. *See id.* 20.1(a).

                    Respectfully,

                    /s/ Lisa Matz, Clerk of the Court

ltr/lp

cc:     Henry C. Black